**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL VALENZUELA,** | ) | Case No. CV 11-8118-GHK(AJW) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **LELAND McEWEN,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: __10/28/15__

_____
George H. King
United States District Judge